IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD SATERSTAD,** | : | CIVIL ACTION NO. 1:06-CV-2070 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **KEVIN STOVER**, et al., | : | |
| **Defendants** | : | |

### ORDER

AND NOW, this 14th day of November, 2006, upon consideration of *pro se* plaintiff's[1] correspondence requesting five civil case subpoenas (Doc. 8), see FED. R. CIV. P. 45(a)(3) ("The clerk shall issue a subpoena, signed but otherwise in blank, to a party requesting it . . . ."),[2] it is hereby ORDERED that:

1. The request for subpoenas (Doc. 8) is GRANTED as follows:

    a. The Clerk of Court is directed to issue to plaintiff five (5) subpoenas, signed but otherwise in blank. See FED. R. CIV. P. 45(a)(3).

    b. Plaintiff shall be permitted to file with the court, on or before December 13, 2006, one or more subpoenas, completed in accordance with Federal Rule of Civil Procedure 45.

---

[1] Before defendants removed the above-captioned action to this court, in June 2006 the Dauphin County Court of Common Pleas granted plaintiff's application to proceed *in forma pauperis*. (See Doc. 4-8.) However, this court has not had the opportunity to evaluate plaintiff's current economic status. Therefore, the court will allow plaintiff to file a renewed application to proceed *in forma pauperis*.

[2] The court notes that plaintiff does not indicate the purpose for the requested subpoenas, which would not be required to seek discovery from defendants. See, e.g., FED. R. CIV. P. 33, 34, 36.

      c.      The court shall direct service of any timely and properly completed subpoenas as it deems appropriate.

    c. The court shall direct service of any timely and properly completed subpoenas as it deems appropriate.

    d. Plaintiff shall <u>not</u> mail the completed subpoenas to or otherwise attempt to serve the completed subpoenas on the person(s) named therein.  See FED. R. CIV. P. 45(b)(1); see also id. 45 cmt. § C45-9.  Failure to comply with this provision will result in the imposition of sanctions, potentially including dismissal of the above-captioned case.  See FED. R. CIV. P. 16(f), 41(b).

2. The Clerk of Court is directed to send to plaintiff, via United States mail, an application to proceed *in forma pauperis*.

3. Plaintiff shall file, on or before December 13, 2006, a renewed application to proceed *in forma pauperis*.  Failure to comply with this paragraph will result in the assessment of any service fees on plaintiff.

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge