IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD SATERSTAD,** : | CIVIL ACTION NO. 1:06-CV-2070 |
| **Plaintiff** : | (Judge Conner) |
| v. : | |
| **KEVIN STOVER**, et al., : | |
| **Defendants** : | |

## ORDER

AND NOW, this 4th day of December, 2006, upon consideration of the motion to dismiss (Doc. 22), filed by defendants Mark Amway and Henry Klugh, and it appearing that plaintiff has filed a motion to remand (Doc. 12),[1] it is hereby ORDERED that briefing on the motion to dismiss (Doc. 22) is STAYED pending resolution of the motion to remand (Doc. 12). If necessary, a briefing schedule on the motion to dismiss (Doc. 22) shall issue by future order of court.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] On October 19, 2006, defendants Kevin Stover and Kelly Stover removed the case to this court from the Court of Common Pleas of Dauphin County. (See Doc. 1.)